CATHERINE AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
BEESON, TAYER & BODINE, PC
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.441.5208
Email: ckerestenzis@beesontayer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S OFFICE MOVING & SERVICES, INC.,<br><br>Defendant. | Case No. C05-4157 EMC<br>(Related Case)<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S EX-PARTE REQUST TO CONTINUE AND/OR VACATE CASE MANAGEMENT CONFRENCE AND CORRESPONDING DATES |
| TRUSTEES ON BEHALF OF THE WESTERN CONFERENCE OF TEAMSTERS SUPPLEMENTAL BENEFIT TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S OFFICE MOVING & SERVICES, INC.,<br><br>Defendant. | Case No. C05-5037 EMC<br>(Related Case) |

Having considered Plaintiffs' Ex-Parte Motion with attached Declaration, the Court finds that good cause exists to [~~vacate the Case Management Conference and all corresponding dates in this matter~~] OR [~~ ~~to continue the Case Management Conference and corresponding dates as follows]:

[Proposed] Order

1.    the Case Management Conference will be continued from April 26, 2006 at 1:30 p.m. in Ctrm. C to August __2_, 2006 at 1:30 p.m. in Ctrm. C.

2.    the due date to file the Joint Scheduling Report will be continued from April 19, 2006 to one week prior the new Case Management Conference date, __July 26, 2006__.

**IT IS SO ORDERED.**

Dated: April 4, 2006

                                                        /s/ Edward M. Chen
                                            EDWARD M. CHEN
                                            United States Magistrate Judge

[Proposed] Order