1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    TRUSTEES ON BEHALF OF TEAMSTERS                    C-05-4157MHP (EMC)
     BENEFIT TRUST,
8                                                       **ORDER ADOPTING**
                                                        **MAGISTRATE**
9             Plaintiff(s),                             **JUDGE'S REPORT**
                                                        **AND**
10        vs.                                           **RECOMMENDATION**
                                                        **AND ENTERING**
11   CASEY'S OFFICE MOVING & SERVICES, INC.,            **ORDER AND**
                                                        **JUDGMENT**
12            Defendant(s).
     _____
13

14        This matter was referred to Magistrate Judge Edward M. Chen for a report and

15   recommendation on the motion for default judgment and for a determination of damages, attorneys'

16   fees and costs as well as injunctive relief in connection therewith.  The Magistrate Judge's Report

17   and Recommendation were filed and served on February 28, 2007.  No objections or responses have

18   been filed and ample time has run within which to file same.

19        Therefore, the Report and Recommendation filed in this action on February 28, 2007  is

20   adopted in its entirety by the court and

21

22        IT IS HEREBY ORDERED AND ADJUDGED that

23        1.  Defendant Casey's Office Moving & Services, Inc. shall make available in the State of

24   California to the plaintiff  Trustees on Behalf of Teamsters Benefit Trust or their agents, all books,

25   records and papers necessary to conduct an audit to verify that the required contributions have been

26   paid;

27

28

**United States District Court**
For the Northern District of California

2. Defendant Casey's shall submit to the Trustees or their agents within sixty (60) days of the date of this order all required monthly contributions reports for September 2004 and April 2005;

3. Plaintiff Trustees shall recover of defendant Casey's the amount of $7,550 as and for attorney's fees and $537.00 as and for costs of action.

Judgment is hereby entered pursuant to Federal Rule of Civil Procedure 55(b)(2).

If by reason of any post-judgment determination made in accordance with this order a modification is required, plaintiff may move for modification of the order and/or the judgment.

Date: March 30, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

**United States District Court**
For the Northern District of California

2

1

**ENDNOTES**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California